**Order entered February 20, 2019**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-18-01090-CV

### TRENT TRUBENBACH AND DONNA BURTON, Appellants

### V.

### ENERGY EXPLORATION I, L.L.C. AND
### ENERGY EXPLORATION II, L.L.C., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00031-2015**

## ORDER

Before the Court is appellants' February 19, 2019 motion for an extension of time to file

a reply brief. We **GRANT** the motion and extend the time to **April 3, 2019**.


                    /s/     KEN MOLBERG
                             JUSTICE